

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| Jason Matthew Travis, *Plaintiff,* | Case No. 3:07cv00065 |
|---|---|
| v. | Order |
| Prime Lending, et al., *Defendants.* | Judge Norman K. Moon |

This matter is before the Court on Plaintiff's motion for default judgment and fees. For the reasons stated in the accompanying memorandum opinion, the Court hereby GRANTS Plaintiff's motion and ORDERS that partial judgment be entered as to defendants Shane D. Hapney and Clipper City Settlement Services, Inc. Defendants Shane D. Hapney and Clipper City Settlement Services are hereby ORDERED to pay Plaintiff $1,711.50 in damages and attorney's fees and costs in the amount of $3,836.71.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this 12th day of June, 2008.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE